TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00464-CV

James P. Day and Delores Day, Appellant

v.

Mary Tripp, Fred Jones, Lloyd Adams, David Ward and Catherine Ward, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 94-00122, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 The Clerk's office filed the transcript in this cause on August 13, 1996. Appellants' brief
was due September 3, 1996. To date, appellants have filed neither a brief nor a motion for extension of
time in which to file a brief. Tex. R. App. P. 74(n), 74(l)(1). 

 The Clerk notified appellants of the deadline and requested that they file a motion explaining
the delay by March 3, 1997. Appellants have not responded to the request. We therefore dismiss the
appeal for want of prosecution. Tex. R. App. P. 60(a)(2).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Appeal Dismissed for Want of Prosecution

Filed: June 26, 1997

Do Not Publish